\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MATTIE YOUNG
      Complainant                          02COFSSMY-1
vs.
GENERAL SERVICES ADMINISTRATION
      Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF MATTIE YOUNG

Q: What is your current title and grade?
A: Telecommunications Manager, GS-12.

Q: This complaint concerns the following allegations:
You alleged that you were discriminated against on the basis of race (black), and age 62 (DOB:     ) when the following occurred:

You were not selected for one of multiple Information Technology Specialist, GS-2210-13, positions, advertised under Vacancy Announcement #020067521.

Is this claim correctly stated?
A: Yes.

Q: What is your race?
A: Black.

Q: What is your age (DOB)?
A: 62 (DOB     ).

Q: For the record, how long have you worked for the General Services Administration?
A: 35 years.

Q: Please provide information on your background and experience.
A: In 1972, I worked as a Program Analyst in the Administrative Mail Room. In 1980, I went into the Telecommunications field. Since 1989, I have been in my current position as a Manager in the Telecommunication field.

1


GOVERNMENT EXHIBIT

7

Q:  How did you find out about the Information Technology Specialist positions?
A:  I found out through an inter-office email sent out to the employees.

Q:  Did you qualify for the position?
A:  Yes. I did.

Q:  Do you know if you made the best-qualified lists?
A:  Yes.

Q:  Were you interviewed for these positions?
A:  No.

Q:  Were interviews held?
A:  I am not sure.

Q:  What happened next?
A:  I was not selected for the position.

Q:  Who was the selecting official for VAN #020067521?
A:  Mr. Heffernan.

Q:  What is the race and approximate age of the selecting official?
A:  He is white and he is younger than I am but I do not know his exact age.

Q:  Were there other management officials involved in the decision? If so, please state their name, their race and approximate age.
A:  Mr. John Folz was the Reviewing Official. He is a white and he is younger than I am but I do not know his approximate age.

2

Q: Who is your immediate supervisor?
A: Mr. Jack Jackson is my Team Leader.

Q: How long has he/she been your immediate supervisor?
A: Almost 2 years.

Q: Was your supervisor involved in the decision-making process for the Information Technology Specialist positions?
A: I am not sure.

Q: Please review your performance ratings you received from your supervisor over the past two years.
A: I received pass for the past two years. You can only receive pass or fail.

Q: Who was selected for Vacancy Announcement #020067521? What are the ages and gender of the selectees?

A: Ms. Shackleford, black, younger than I am, but I do not know her exact age.
Mr. Smith, black, younger than I am, but I do not know his exact age.
Mr. Notarangelo, white, younger than I am, but I do not know his exact age.

Q: Do you feel that you were more qualified than the selectees? Please explain.
A: Yes. I feel that I was more qualified, had more experience and more education than the selectees.

In 1989, I performed the telecommunication duties alone in the office. I directed the efforts in renovating the phone system in the building from rotary to touch phones. I assisted in moving 200 employees to another location so we could complete the

3

renovation process. I went on a detail to the Central Office and that is when Ms. Shackleford and Mr. Smith came into the Telecommuting Office. We all performed similar responsibilities which included processing phone requests, ordering cell phones, maintaining voice mail systems and ordering equipment.

I have many years of experience in the Telecommunications field and I have now taken IT Training – data classes. Additionally, I have a BS Degree in Business Management and a Masters Degree in Public Administration.

Q: Why do you feel the selection of the selectees, rather than yourself was a discriminatory action?
A: One of the selectees was white and all of the selectees were younger than I was.

Q: What relief are you seeking in this matter?
A: I am seeking the following:

- Promotion to a GS-13 grade level.
- Cash award, if appropriate, equal to that of what was given to others
- Job series classified in the 2210 series
- Compensatory damages in the amount of $300,000
- Back-pay from when I changed to a GS-12 grade. I did not receive my 2210 series, nor did I receive the pay with the 2210 series.

Q: Do you have anything further to add?
A: Due to the fact that I filed a prior EEO complaint, I believe that management is holding that against me from being promoted to a GS-13.

I worked on several projects in the last year with the selectees and I did not receive cash awards and the selectees did receive cash awards for the projects.

4

I have read this statement consisting of 5 pages, and it is true and correct. I have signed or initialed each page. I have been given an opportunity to make any corrections or additions, which I have initialed. I understand that the information I have given is not to be considered confidential; that it may be shown to the interested parties; and that it may be used in evidence.

I hereby swear that the foregoing is accurate to the best of my knowledge.

_Mattie Young_
Mattie Young

Sworn and subscribed on 9/29/02

_Jeanne Hooks_
Jeanne Hooks
EEO Investigator

5