# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTIE YOUNG,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 04-2241 |
| **STEPHEN A. PERRY,** | ) (ESH) |
| **ADMINISTRATOR,** | ) |
| **GENERAL SERVICES** | ) |
| **ADMINISTRATION,** | ) |
| **Defendant.** | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [#17] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 20, 2006